

## COHEN WEISS AND SIMON LLP

**Michael S. Adler, Partner**
Tel: 212.356.0251
Fax: 646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

May 3, 2022

**MEMO ENDORSED**

By Electronic Case Filing

Honorable Kenneth M. Karas
United States District Judge
United States District Court
  for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

> Re: Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, Industry Advancement, and Legal Services Funds et al v. K & D Aggregates Inc et al, Civil Action No. 7:21-cv-09318-KMK

Dear Judge Karas:

This Firm represents Plaintiffs in the above-referenced matter.

We write to respectfully request that the May 11, 2022 deadline to file a motion for default judgment be rescheduled for June 22, 2022. We do so because Plaintiffs and Defendants have recently been engaging in settlement discussions. Due to some unique facts and circumstances, Plaintiffs expect the discussions to continue and documents to be reviewed over the new few weeks.

We thank the Court for its consideration of this matter.

Granted.

So Ordered.

/s/ 5/4/22

Very truly yours,

*Michael S. Adler*

Michael S. Adler

cc: via email:
  kdaggregates@gmail.com

9812646.1