

**COHEN WEISS AND SIMON LLP**

MEMO ENDORSED

Michael S. Adler, Partner
Tel:  212.356.0251
Fax:  646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

June 14, 2022

By Electronic Case Filing

Honorable Kenneth M. Karas
United States District Judge
United States District Court
 for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    Teamsters Local 456 Pension, Health & Welfare, Annuity, Education &
                Training, Industry Advancement, and Legal Services Funds et al v. K & D
                Aggregates Inc et al, Civil Action No. 7:21-cv-09318-KMK

Dear Judge Karas:

      We represent Plaintiffs in the above-referenced matter.

      We write to respectfully request an approximate forty-five (45) day extension of time to file a default motion. In short, if granted, the new motion filing deadline would be July 1, 2022.

      We make this request for two reasons: (a) settlement discussions remain ongoing and (b) Plaintiffs are transitioning to new counsel. As such, to allow new counsel (which likely will be moving to be substituted in on consent within the coming week) to review the case file and engage in the ongoing settlement discussions, this request is made.

      We thank the Court for its consideration of this matter.

Granted. The Default Motion is due 8/1/22.

So Ordered.
6/15/22

Very truly yours,

*Michael S. Adler*

Michael S. Adler

cc: via email:
    kdaggregates@gmail.com
    Jonathan Cerrito, Esq.
    Daniel Kornfeld, Esq.

9824249.1
Unknown document property name.